1
DANIEL MALAKAUSKAS, *Cal. Bar No.: 265903*
MALAKAUSKAS LAW, APC

2
7345 South Durango Drive, Suite B-107-240
Las Vegas NV 89113

3
Tel: 866-790-2242 / Fax: 888-802-2440

4
daniel@malakauskas.com

5
*Attorney for Plaintiff:* **Meryl Pomponio**

6

7

8
**UNITED STATES DISTRICT COURT**

9
**NORTHERN DISTRICT OF CALIFORNIA**

10
**SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12 **MERYL POMPONIO**, | Case No.:  **3:20-cv-03534-EMC** |
| 13             Plaintiff, | |
| 14 v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| 15 **POKEFAM, LLC**, as an entity and doing business as "Pokeatery", **NEIL B. GOODHUE**, | [Fed. R. Civ. P. 41] |
| 16 as an individual and trustee of the Sandringham Trust UTD 8/4/1999. **DIANE C. GOODHUE**, | |
| 17 as an individual and trustee of the Sandringham Trust UTD 8/4/1999, and **DOES** 1-50, Inclusive, | |
| 18 | |
| 19             Defendants. | |

20

21
       **PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be and

22
is hereby dismissed in its entirety, against all defendants, **WITH PREJUDICE**, pursuant to Federal

23
Rules of Civil Procedure 41(a)(1).

24

25
Date:  September 25th, 2020

/s/ Daniel Malakauskas_____

26
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,

27
Attorney for Plaintiff

28

Dated: 9/25/2020

GRANTED
Judge Edward M. Chen

NOTICE OF DISMISSAL PURSUANT TO FERDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

1